IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACOB ANDREW BERGERON,

    Plaintiff,

      v.

JUDGE ROBERT J. JAMES
Douglas County Superior Court Judge,
et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-535-TWT

**ORDER**

This is a pro se prisoner civil rights action.  It is before the Court on the Report

and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the

action for want of prosecution.   The Court approves and adopts the Report and

Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of December, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\16\Bergeron\16cv535\r&r.wpd